THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>HOUSTON SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | CASE NO. C20-1831-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the complaint (Dkt. No. 14). The parties seek leave to add Liberty Insurance Underwriters Inc. as a party plaintiff. (*Id.* at 1.) They indicate that the "substance and nature of the allegations and causes of action" will not change. (*Id.*) The motion is GRANTED. Plaintiff may file an amended complaint reflecting these changes by November 12, 2021.

DATED this 9th day of November 2021.

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C20-1831-JCC
PAGE - 1