THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>HOUSTON SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | CASE NO. C20-1831-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the parties' stipulated motion (Dkt. No. 15) to set a briefing schedule for anticipated cross-motions for summary judgment. Based on the stipulation, the parties shall abide by the following schedule:

| Filing | Date | Page Limit |
|---|---|---|
| Plaintiff's Opening Motion for Summary Judgment | November 12, 2021 | 24 pages |
| Defendant's Combined Motion and Response | November 24, 2021 | 48 pages |
| Plaintiff's Combined Response and Reply | December 8, 2021 | 36 pages |
| Defendant's Reply | December 17, 2021 | 12 pages |

MINUTE ORDER
C20-1831-JCC
PAGE - 1

The page limits described above are exclusive of the exceptions described in Local Rule 7(e)(6).

DATED this 9th day of November 2021.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C20-1831-JCC
PAGE - 2