Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSTON SPECIALTY INSURANCE COMPANY, a Texas Company,<br><br>Defendant. | No. 2:20-cv-01831-JCC<br><br>STIPULATED MOTION FOR CHANGE TO ADR DEADLINE<br><br>(~~PROPOSED~~)<br><br>NOTED ON MOTION CALENDAR: DECEMBER 2, 2021 |

## I. STIPULATION

Pursuant to LCR 7(j) and LCR 16(b)(6), the parties stipulate to a brief extension of the December 6, 2021 deadline to complete alternate dispute resolution. See Dkt. # 13. For the reasons set forth herein, the parties jointly ask the Court to reset the deadline to December 20, 2021. The parties have provisionally scheduled mediation for that day with Hon. Bruce Heller, Ret., pending the Court's approval.

Good cause exists for a brief extension of this deadline. First, the parties are completing their briefing for cross-motions for summary judgment. Mediating after December 17, 2021, when all briefing is in, will mean the issues are clarified and fully set out for consideration, making negotiated resolution more likely. Second, attending mediation

STIPULATED MOTION FOR CHANGE TO ADR DEADLINE - 1
2:20-cv-01831-JCC
2.20-cv-01831-JCC Stipulated Motion for Change to ADR Deadline

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

during the fairly tight briefing period would be difficult, and potentially prejudicial, to one or both sides.

DATED this 2nd day of December, 2021.                    DATED this 2nd day of December, 2021.

FORSBERG & UMLAUF, P.S.                                  LEE SMART, P.S., INC.

By: /s/ Kimberly Reppart                                 By: /s/ Pamela J. DeVet
    Kimberly Reppart, WSBA No. 30643                      Pamela J. DeVet, WSBA No. 32882
    James E. Horne, WSBA No. 12166                         Of Attorneys for Defendant
    Of Attorneys for Plaintiff                             Lee Smart, P.S., Inc.
    Forsberg & Umlauf, P.S.                                701 Pike Street, Suite 1800
    901 Fifth Avenue, Suite 1400                           Seattle, WA 98101
    Seattle, WA  98164-1039                                Telephone: 206-624-7990
    Telephone (206) 689-8500                               Fax: 206-624-5944
    Fax (206) 689-8501                                     pjd@leesmart.com
    kreppart@foum.law
    jhorne@foum.law

## II.  ORDER

It is so ordered.  The 39.1 Mediation shall be completed by December 20, 2021.

DATED this 2nd day of December 2021.

_/s/ John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR CHANGE TO ADR
DEADLINE - 2
2:20-cv-01831-JCC
2.20-cv-01831-JCC Stipulated Motion for Change to ADR Deadline

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

Presented by:

LEE SMART, P.S., INC.

By: /s/ Pamela J. DeVet
Pamela J. DeVet, WSBA No. 32882
Of Attorneys for Defendant
Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA 98101
Telephone:  206-624-7990
Fax:  206-624-5944
pjd@leesmart.com

FORSBERG & UMLAUF, P.S.

By: /s/ Kimberly Reppart
Ms. Kimberly Reppart, WSBA #30643
Mr. James E. Horne, WSBA #12166
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA  98164-1039
Telephone (206) 689-8500
Fax (206) 689-8501
kreppart@foum.law
jhorne@foum.law

STIPULATED MOTION FOR CHANGE TO ADR
DEADLINE  - 3
2:20-cv-01831-JCC
2.20-cv-01831-JCC Stipulated Motion for Change to ADR Deadline



701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com