THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>HOUSTON SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | CASE NO. C20-1831-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Presently before the Court are the parties' cross-motions for summary judgment (Dkt. Nos. 19, 23.) The motions have a December 20, 2021 noting date, which coincides with an anticipated mediation session. (*See* Dkt. No. 29.) The Court seeks an update on the status of the parties' mediation efforts before it considers the outstanding motions. Accordingly, the parties are ORDERED to file a joint status report apprising the Court of the status of the mediation no later than December 22, 2021 and the Clerk is DIRECTED to renote the outstanding motions (Dkt. Nos. 19, 23), to this same date.

//

//

MINUTE ORDER
C20-1831-JCC
PAGE - 1

DATED this 20th day of December 2021.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk