THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION and LIBERTY INSURANCE UNDERWRITERS INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOUSTON SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C20-1831-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulation and order of dismissal (Dkt. No. 41) is self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the case is DISMISSED with prejudice and without costs or fees to any party.

DATED this 23rd day of March 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk